Kym S. Cushing
Nevada Bar No. 4242
Mark C. Severino
Nevada Bar No. 14117
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
(702) 727-1400; Fax: (702) 727-1401
kym.cushing@wilsonelser.com
mark.severino@wilsonelser.com
*Attorneys for defendant Costco Wholesale Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PETER LONGWILL, individually,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Foreign Corporation; DOES 1-10 and ROE BUSINESS ENTITIES 1-10, inclusive<br><br>Defendants. | Case No.: 2:16-cv-01113-JCM-VCF<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Peter Longwill, by and through his attorney of record, David J. Martin, Esq. of the Richard Harris Law Firm, and Defendant, Costco Wholesale Corporation, by and through their attorneys of record, Kym S.

. . .

. . .

. . .

Page 1 of 2

1203882v.1
1203882v.1

Cushing and Mark C. Severino of the law firm Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, that the plaintiff's complaint and all causes of action contained therein is hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorney's fees.

DATED this 25th day of September, 2017.   DATED this 25th day of September, 2017.

**RICHARD HARRIS LAW FIRM**   **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

_/s/ David Martin_
Richard A. Harris
Nevada Bar No. 505
David J. Martin
Nevada Bar No. 9117
801 S. 4th Street
Las Vegas, Nevada 89101
*Attorneys for plaintiff Peter Longwill*

Kym S. Cushing
Nevada Bar No.: 4242
Mark C. Severino
Nevada Bar No. 14117
300 South 4th Street, 11th Floor
Las Vegas, NV 89101
*Attorney for defendant Costco Wholesale Corporation*

IT IS SO ORDERED.

Dated September 27, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE

1203882v.1
1203882v.1